Entered on Docket
October 05, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 5, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

HENRY G. RENDLER
CA State Bar # 83704
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone: (408) 293-5112
Facsimile: (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: ) Case No. 16-50361 MEH Chapter 13
)
Lori Lee Greymont, ) Date: September 29, 2016
) Time: 9:30 A.M.
) Room: Courtroom 3020
Debtor. ) Judge: Hon. M. Elaine Hammond
)

**ORDER GRANTING MOTION FOR COMFORT ORDER**

On September 29, 2016, @ 9:30 A.M., before the Honorable M. Elaine Hammond, U.S. Bankruptcy Judge, in the U.S. Bankruptcy Court, 280 S. First St., 3d Floor, Courtroom 3020, San Jose, CA 95113, there came on for hearing the Motion for Comfort Order ("Motion") filed on September 8, 2016 [Doc 51] by Chapter 13 Debtor Lori Lee Greymont ("Debtor"). Appearances were made as noted on the record.

The Court, finding that due and proper notice of the hearing was given as required by law, that there were no objections to the Motion and that the time for such objections has passed, that

good cause exists for the granting of the Motion, and no adverse interest appearing, hereby

ORDERS THAT:

1. Authorization of this Court is not required in order for Sterling Peak, LLC, a California Limited Liability Company, whose articles of organization were filed with the Office of the Secretary of State of California on or about December 29, 2015, as Filing No. 201600610027, with an address of 305 Vineyard Town Center, Morgan Hill, CA 95037 ("Sterling"), and whose sole member is Debtor, to complete the bona fide, good faith, arms-length, non-collusive sale of that certain real property consisting of a house and lot at 2509 Lansford Ave., San Jose, CA 95125-4057 ("the Subject Real Property") to buyers David M. Setti and Abigail R. Setti ("Buyers"), or assignees, for the sum of $ 1,875,000.00 under written contract dated July 10, 2016 and as later amended, with escrow for the sale being handled by Orange Coast Title Company of Northern California, 652 N. Santa Cruz Avenue, Suite A, Los Gatos, CA 95030, (408) 827-4950, FAX (408) 402-3649, Attn. Barbara Neill, Escrow Officer, bneill@octitle.com, Escrow No. 520-1793344-60 ("Orange Coast").

2. The Subject Real Property is more fully described as:

"All of Lot 13, as shown upon that certain Map entitled 'Tract No. 3014, Cherry Gardens, which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on July 13, 1061, in Book 135 of Maps, at Page 24.

Excepting therefrom the underground water or rights thereto with no rights of surface entry, as conveyed to San Jose Water Works, a California corporation, recorded July 25, 1961 in Book 5241 of Official Records, Page 671.

Assessor's Parcel No.: 439-60-077."

** END OF ORDER **

1. Court Service List:
2. ECF Recipients Only