HENRY G. RENDLER
CA State Bar # 83704
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:   (408) 293-5112
Facsimile:   (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.  16-50361 MEH (13) |
| Lori Lee Greymont, | Date: September 28, 2017<br>Time: 1:00 PM<br>Room: Courtroom 3020 |
| Debtor | Judge: Hon. M. Elaine Hammond |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:  I am a citizen of the United States and a resident of Santa Clara County, CA.  I am now, and at all times herein mentioned was, over the age of 18 years and in all respects competent to be a witness and not a party to the within action.  My business address is 1550 The Alameda, # 308, San Jose, CA 95126.  On the date set forth below, I served the following:

**1) RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY; &**

**2) this CERTIFICATE OF SERVICE**

on the parties by placing a true copy thereof in the United States mail at San Jose, CA, 1st-class postage prepaid, addressed as set forth below, and via email as indicated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 26, 2017, at San Jose, California.

/s/ Henry G.  Rendler
Henry G. Rendler

Attorneys for Movant HomeVestors of America, Inc.:

Locke Lord LLP
Regina J. McClendon, Esq.
Lindsey E. Kress, Esq.
44 Montgomery St., Suite 4100
San Francisco, CA 94104

rmcclendon@lockelord.com

lkress@lockelord.com