HENRY G. RENDLER
CA State Bar # 83704
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:  (408) 293-5112
Facsimile:  (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtor

The following constitutes
the order of the court. Signed October 2, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: ) Case No.  16-50361 MEH (13)
)
Lori Lee Greymont, ) Date: September 28, 2017
) Time: 1:00 PM
) Room: Courtroom 3020
)
     Debtor ) Judge: Hon. M. Elaine Hammond
)

STIPULATED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Court, having considered the Motion for Relief From The Automatic Stay ("Motion") filed by Creditor HomeVestors of America, Inc. ("Creditor"), along with the Response thereto filed by Debtor Lori Lee Greymont ("Debtor"), and good cause appearing, hereby

ORDERS THAT:

1. The automatic stay of 11 U.S.C. Section 362(a) does not stay Creditor from pursuing

its rights and remedies under that certain Franchise Agreement executed on December 24, 2013 by and between Debtor and Creditor, provided that, however, any claim for monetary damages against Debtor shall be made solely in the within bankruptcy proceeding, and Creditor has the right to file a proof of claim on or before October 2, 2017.

    2. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, providing for a 14-day stay of orders granting motions for relief from the automatic stay, if applicable, are hereby waived.

    3. The Franchise Agreement is subject to termination effective immediately upon entry of this order, with Debtor waiving any right to cure any and all defaults under the Franchise Agreement.

Approved as to Form and Content:

Dated: 9-28-2017                      /s/   Lindsey E. Kress
                                        Lindsey E. Kress, Esq.
                                        Locke Lord LLP
                                        Attorneys for Creditor
                                        HomeVestors of America, Inc.

**END OF ORDER**

1. Court Service List:
2. ECF Recipients Only