Henry G. Rendler, Esq.
CA State Bar No. 83704
1550 The Alameda Suite 308
San Jose, California 95126-2304
Telephone: (408) 293-5112
Facsimile: (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtor
Lori Lee Greymont

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Lori Lee Greymont,

    Debtor.

Case No. 17-50399 MEH
Chapter 13
Date: December 7, 2017
Time: 9:30 AM
Room: Courtroom 3020
Hon. M. Elaine Hammond

**SUPPLEMENTAL DECLARATION OF HENRY G. RENDLER IN SUPPORT OF SUPPLEMENTAL APPLICATION FOR COMPENSATION**

I, Henry G. Rendler, declare:

1. I am an attorney at law duly licensed to practice in the State of California (No. 83704) and before this Court. I am the attorney for Debtor in the within Chapter 13 case. I have personal knowledge of the facts contained in this declaration. I am competent to be a witness and could and would competently testify to the facts contained herein. I am over the age of 18 years. I submit this supplemental declaration in support of my Supplemental Application for Compensation filed herein on November 16, 2017 [Doc 108] ("Application").

2. On November 16, 2017, I served a copy of the Application along with Notice of Hearing [Doc 42] on all required parties. A Certificate of Service was filed on that date, reflecting same [Doc 109]. The deadline to object to the Application was last Thursday, November 30, 2017.

3. There were no objections filed, and my office has not been contacted by any person regarding the Application. The deadline to object to the Application has passed.

4. No person has contacted my office asking for any extension of time to object.

5. Based on the above, I believe that the Application is unopposed.

6. I plan to attend the hearing telephonically, via Court Conference.

7. I have prepared a proposed form of order, and attach a copy hereto as Exhibit "1".

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the 4th day of December, 2017, at San Jose, California.

/s/ Henry G. Rendler
Henry G. Rendler

# EXHIBIT 1

Henry G. Rendler, Esq.
CA State Bar No. 83704
1550 The Alameda Suite 308
San Jose, California  95126-2304
Telephone: (408) 293-5112
Facsimile: (408) 293-4939
henry@rendlerlaw.com
Attorney for Debtor
Lori Lee Greymont

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Lori Lee Greymont,

    Debtor.

Case No. 16-50361 MEH
Chapter 13
Date:   December 7, 2017
Time:   9:30 AM
Room: Courtroom 3020
Hon. M. Elaine Hammond

**ORDER ON SUPPLEMENTAL APPLICATION FOR COMPENSATION**

    The Supplemental Application for Compensation ("Application") filed on November 16, 2017 [Doc 108] by Henry G. Rendler, Esq., CA State Bar # 83704 ("Applicant"), attorney for Debtor Lori Lee Greymont, came on regularly for hearing before the Hon. M. Elaine Hammond, U.S. Bankruptcy Judge, on December 7, 2017, at 9:30 A.M., with appearances as noted on the record.

    For the reasons set forth on the record, the Court hereby

    ORDERS THAT:

1. The Application is granted;

2. For the period from February 5, 2016 through October 31, 2017, Applicant is awarded compensation for 123.3 hours of legal services @ $ 395/hour, amounting to $ 48,703.50, plus cost reimbursements of $ 1,054.78, for total fees and costs of $ 49,758.28. Less the sum of $ 5,960.00 previously approved and paid, this leaves a balance of $ 43,798.28, which is allowed as an administrative expense herein, to be paid by the Trustee under the Plan.

** END OF ORDER **

Court Service List:

ECF Recipients Only