

1  Henry G. Rendler, Esq.
   CA State Bar No. 83704
2  1550 The Alameda Suite 308
   San Jose, California 95126-2304
3  Telephone: (408) 293-5112
   Facsimile: (408) 293-4939
4  henry@rendlerlaw.com
   Attorney for Debtor
5  Lori Lee Greymont

**The following constitutes
the order of the court. Signed December 7, 2017**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                  )   Case No. 16-50361 MEH
                                        )   Chapter 13
                                        )   Date:   December 7, 2017
                                        )
 Lori Lee Greymont,                     )   Time:   9:30 AM
                                        )   Room: Courtroom 3020
     Debtor.                            )   Hon. M. Elaine Hammond
_____        )

**ORDER APPROVING SUPPLEMENTAL APPLICATION FOR COMPENSATION**

The Supplemental Application for Compensation ("Application") filed on November 15, 2017 [Doc 108] by Henry G. Rendler, Esq., CA State Bar # 83704 ("Applicant"), attorney for Debtor Lori Lee Greymont, came on regularly for hearing before the Hon. M. Elaine Hammond, U.S. Bankruptcy Judge, on December 7, 2017, at 9:30 A.M., with appearances as noted on the record.

For the reasons set forth on the record, the Court hereby

ORDERS THAT:

1. The Application is approved;

2. For the period from February 5, 2016 through October 31, 2017, Applicant is awarded compensation for 123.3 hours of legal services @ $ 395/hour, amounting to $ 48,703.50, plus cost reimbursements of $ 1,054.78, for total fees and costs of $ 49,758.28. Less the sum of $ 5,960.00 previously approved and paid, this leaves a balance of $ 43,798.28, which is allowed as an administrative expense herein, to be paid by the Trustee under the Plan.

** END OF ORDER **

Court Service List:

ECF Recipients Only